IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. HARRISON, E62612, | ) |
| Plaintiff(s), | ) No. C 15-1396 CRB (PR) |
| v. | ) ORDER OF DISMISSAL |
| KAREN HILLIARD, et al., | ) (ECF No. 35) |
| Defendant(s). | ) |

Pursuant to the parties' recently-filed stipulation for voluntary dismissal with prejudice (ECF No. 46), the instant case is DISMISSED with prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and fees.

The clerk shall enter judgment in accordance with this order, terminate all pending motions (see ECF No. 35) and deadlines as moot, and close the file.

SO ORDERED.

DATED:  Sept. 27, 2016

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.15\Harrison, D.15-1396.or2.wpd